UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE:  Daniel Melton Watters | ) | Case No. 11-14876 |
| | ) | |
| *Debtor* | ) | Chapter 7 |
| | ) | |
| | ) | |

**Statement Under Penalty of Perjury Concerning Payment Advices
Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)**

I, Daniel Melton Watters, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

_____ a) I was not employed during the period immediately preceding the filing of the above-referenced case _____ (state the dates that you were not employed);

_____ b) I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

_____ c) I am self-employed and do not receive any evidence of payment from an employer;

__X___ d) Other (Please Explain) I am employed by Mordini Watters Capital Partners and have not received any employment income in 2010 or 2011.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: March 11, 2011.

/s/ Daniel Melton Watters
Debtor

Respectfully submitted,

**Onsager, Staelin & Guyerson, LLC**

/s/Christian C. Onsager
Christian C. Onsager  CBN 06889
1873 S. Bellaire St., Suite 1401
Denver, Colorado 80222
Ph: (303) 512-1123
Fax: (303) 512-1129
consager@osglaw.com